**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 13-15538-BFK |
| NANCY U. MAYNARD | ) | CHAPTER 13 |
| DEBTOR | ) | JUDGE Brian F Kenney |
|  | ) |  |

**NOTICE OF APPEARANCE OF OCWEN LOAN SERVICING, LLC PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING REAL PROPERTY LOCATED AT 4106 NORTH RANDOLPH STREET, ARLINGTON, VA 22207**

NOW COMES Ocwen Loan Servicing, LLC and (hereinafter referred to as Ocwen) Brock and Scott, PLLC as attorney for Ocwen, pursuant to Bankruptcy Rule 9010 (b) and makes its appearance as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott
5121 Parkway Plaza Boulevard, Suite 300
Charlotte, NC 28217
vabkr@brockandscott.com

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

                                            RESPECTFULLY SUBMITTED,

                                            s/Jason L. Hamlin
                                            Jason L. Hamlin, VSB# 46931
                                            Attorney for Ocwen
                                            Brock & Scott, PLLC
                                            484 Viking Dr., Ste 110
                                            Virginia Beach, VA 23452
                                            757-213-2959
                                            704-369-0676 (paralegal)
                                            vaecf@brockandscott.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on December 30, 2013 to the following:

Nancy U. Maynard
4106 N Randolph St
Arlington, VA 22207

Tommy Andrews, Jr.
122 North Alfred Street
Alexandria, VA 22314

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314


                /s/ Ryan Tomlin
                Ryan Tomlin