**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>NANCY U MAYNARD<br><br><br>Debtor | Chapter 13<br><br>Case No. 13-15538-BFK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Nancy U Maynard, Case #13-15538-BFK

*Attend the hearing to be held on October 8, 2015 at 1:30 p.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __August 26, 2015_____                    __/s/ Thomas P. Gorman_____
                                                Thomas P. Gorman
                                                Chapter 13 Trustee
                                                300 N. Washington Street, #400
                                                Alexandria, VA 22314
                                                (703) 836-2226
                                                VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of August, 2015, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Nancy U Maynard | Tommy Andrews, Jr., Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 4106 N Randolph St | 122 N. Alfred St. |
| Arlington, VA 22207 | Alexandria, VA 22314 |

                                             ___/s/ Thomas P. Gorman_____
                                             Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/26/2015

CASE NO: 13-15538-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-2998
MAYNARD, NANCY U
AKA: NANCY UMBERGER MAYNARD
4106 N RANDOLPH ST
ARLINGTON, VA 22207

DATE FILED: 12/13/2013
CONFIRMED: 03/11/2015
LATEST 341: 01/14/2014
PERCENTAGE: 3.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 01/2014
ON SCHEDULE: 13,800.00
ACTUAL PAYMENTS: 5,500.00
AMOUNT BEHIND: 8,300.00

ATTORNEY: TOMMY ANDREWS, JR., ESQ.
122 N. ALFRED ST.
ALEXANDRIA, VA 22314
Phone:703 838-9004 Fax: 703 838-9550

Needed to Complete Base:
BASE: 93,750.00
88,250.00

SCHEDULE: 1,950.00 MONTHLY
TOTAL PAID: 5,500.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 02/23/15 | PC | 500.00 |
| 01/21/15 | MO | 1,000.00 |
| 11/10/14 | PC/UMBERGER, PAUI | 500.00 |
| 08/15/14 | PC/UMBERGER, PAUI | 500.00 |
| 07/07/14 | PC | 500.00 |
| 06/05/14 | PC | 500.00 |
| 05/06/14 | PC/UMBERGER, PAUI | 500.00 |
| 04/01/14 | PC/UMBERGER, PAUI | 500.00 |
| 03/11/14 | PC | 500.00 |
| 01/22/14 | MO | 500.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | PRI 100.00 | 0.00 0.00 | 0.00 0.00 | 30,293.20 40,000.00 | 30,293.20 30,293.20 | 0.00 0.00 | 30,293.20 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 121,363.54 0.00 | 121,363.54 3,640.91 | 0.00 0.00 | 3,640.91 0.00 |
| 002 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | PRI 100.00 | 0.00 0.00 | 0.00 0.00 | 15,000.00 20,000.00 | 15,000.00 15,000.00 | 0.00 0.00 | 15,000.00 0.00 |
| 002 | VATAX | VIRGINIA DEPT. OF TAXATION UNSECURED PORTION | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 23,639.06 0.00 | 23,639.06 709.17 | 0.00 0.00 | 709.17 0.00 |
| 003 | 321207 | OCWEN LOAN SERVICING | FIX 06/2015 | SEC 100.00 | 319.70 2,604.01 | 0.00 0.00 | 19,181.64 8,100.00 | 19,181.64 19,181.64 | 3,470.29 0.00 | 15,711.35 0.00 |
| 004 | 340683 | USAA FEDERAL SAVINGS BANK FILED LATE-SENT DTR ACK LTR 5/13/14 | FIX-A | SEC 100.00 | 66.32 1,260.08 | 0.00 0.00 | 3,978.79 3,978.79 | 3,978.79 3,978.79 | 0.00 0.00 | 3,978.79 0.00 |
| 005 | AMEXP | AMERICAN EXPRESS BANK, FSB | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 3,984.03 3,984.00 | 3,984.03 119.52 | 0.00 0.00 | 119.52 0.00 |
| 006 | HONDA | AMERICAN HONDA FINANCE CORP. | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 243.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 007 | 321355 | CAPITAL ONE BANK USA NA | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 3,408.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | 330585 | CREDIT COLL/USA | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 188.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 009 | 330585 | CREDIT COLL/USA | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 19.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 010 | 329022 | PALISADES ACQUISITION, LLC HERITAGE BANK ONE | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 44,132.02 65,593.00 | 44,132.02 1,323.96 | 0.00 0.00 | 1,323.96 0.00 |
| 011 | 306349 | IC SYSTEM INC | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 135.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 012 | 316320 | JP RECOVERY GW MED | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 926.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 013 | 316320 | JP RECOVERY GW MED | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 407.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 014 | 316320 | JP RECOVERY GW MED | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 179.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 015 | 316320 | JP RECOVERY GW MED | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 139.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 016 | 316320 | JP RECOVERY GW MED | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 136.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 017 | 316320 | JP RECOVERY GW MED | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 71.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 018 | 316320 | JP RECOVERY GW MED | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 52.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 019 | 264131 | MCLEAN ANIMAL HOSPITAL | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 0.00 542.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 020 | 328084 | NAVY FEDERAL CREDIT UNION | PRO | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 44,755.59 44,396.18 | 44,755.59 1,342.67 | 0.00 0.00 | 1,342.67 0.00 |
| 020A | 314458 | NAVY FEDERAL CREDIT UNION DUPLICATE?? | PRO-A | UNS 3.00 | 0.00 0.00 | 0.00 0.00 | 30,786.84 0.00 | 30,786.84 923.61 | 0.00 0.00 | 923.61 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                                                      Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/26/2015

CASE NO: 13-15538-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-2998
MAYNARD, NANCY U                                              SCHEDULE:   1,950.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 021 | 328084 | NAVY FEDERAL CREDIT UNION | PRO | UNS 100.00 | | 0.00 0.00 | 3,393.03 0.00 | 3,393.03 3,393.03 | 0.00 0.00 | 3,393.03 0.00 |
| 022 | 337699 | PEDIATRICS OF ARLINGTON | PRO | UNS 3.00 | | 0.00 0.00 | 0.00 134.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 023 | 337700 | PHYSICIAN WEIGHT LOSS | PRO | UNS 3.00 | | 0.00 0.00 | 0.00 1,253.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 024 | 333728 | PROFESSIONAL ACCT MGMT IN DC GOVT | PRO | UNS 3.00 | | 0.00 0.00 | 0.00 250.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 025 | 333728 | PROFESSIONAL ACCT MGMT IN | PRO | UNS 3.00 | | 0.00 0.00 | 0.00 300.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 026 | 306897 | RMCB LAB CORP | PRO | UNS 3.00 | | 0.00 0.00 | 0.00 301.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 027 | 321624 | USAA FEDERAL SAVINGS BANK | PRO | UNS 3.00 | | 0.00 0.00 | 16,769.40 16,769.00 | 16,769.40 503.08 | 0.00 0.00 | 503.08 0.00 |
| 028 | 338596 | AMERICAN INFOSOURCE LP VERIZON | PRO | UNS 3.00 | | 0.00 0.00 | 347.11 361.00 | 347.11 10.41 | 0.00 0.00 | 10.41 0.00 |
| 029 | 314458 | NAVY FEDERAL CREDIT UNION UNLISTED - NSF | PRO-A | UNS 3.00 | | 0.00 0.00 | 103.35 0.00 | 103.35 3.10 | 0.00 0.00 | 3.10 0.00 |
| 030 | 271857 | ARLINGTON COUNTY TREASURER MOD PLAN ALLOWS | PRO | PRI 100.00 | | 0.00 0.00 | 1,373.73 1,373.73 | 1,373.73 1,373.73 | 0.00 0.00 | 1,373.73 0.00 |
| 030 | 271857 | ARLINGTON COUNTY TREASURER MOD PLAN ALLOWS | PRO | UNS 3.00 | | 0.00 0.00 | 322.05 322.05 | 322.05 9.66 | 0.00 0.00 | 9.66 0.00 |
| 799 | ANDREW | TOMMY ANDREWS, JR., ESQ. | PRO 03/2015 | ATY 100.00 | | 0.00 0.00 | 3,000.00 3,000.00 | 1,700.00 1,700.00 | 1,700.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 297.00 | 297.00 | |
| | | | | TOTALS: | | 386.02 3,864.09 | 362,423.38 216,560.75 | 361,420.38 83,803.48 | 5,467.29 0.00 | 78,336.19 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,000.00 | 61,373.73 | 12,078.79 | 140,108.23 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 1,700.00 | 46,666.93 | 23,160.43 | 11,979.12 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,700.00 | 0.00 | 3,470.29 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 46,666.93 | 19,690.14 | 11,979.12 | 0.00 | DUE CREDITORS: | 78,336.19 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,192.44 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 32.71 |
| BALANCE DUE: | 0.00 | 0.00 | 46,666.93 | 19,690.14 | 11,979.12 | 0.00 | APPROX BALANCE: | 79,495.92 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                              Case Maintenance 10.5